UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESUS URQUIZA-OROZCO,<br>*Petitioner*<br><br>v.<br><br>PAMELA JO BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI LYNN NOEM, SECRETARY OF HOMELAND SECURITY; ACTING FIELD DIR. SYLVESTER M ORTEGA, SAN ANTONIO ACTING FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND BOBBY THOMPSON, WARDEN, SOUTH TEXAS ICE PROCESSING CENTER;<br>*Respondents* | Case No. SA-25-CA-01428-XR |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order issued on this date, Jesus Urquiza-Orozco's petition for writ of habeas corpus is **GRANTED**. Petitioner shall be released from detention in accordance with that order. The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 18th day of November, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE